# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rashinda Z. Blount<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-11601 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2000

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/Thomas Puleo, Esquire**
　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406