# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Rashinda Z. Blount, | Chapter 13 |
| Debtor. | Bankr. #12-11601/SR |

## ORDER

**AND NOW**, upon consideration of the Motion of Debtor Rashinda Z. Blount, it is hereby

**ORDERED** that the wage order entered February 27, 2012 at Docket Entry Number Ten (10) is hereby VACATED.

BY THE COURT:

*Stephen Raslavich*

**Dated: March 13, 2017**

STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

cc:   Sherri Dicks, Esquire
Law Offices of Sherri R. Dicks, P.C.
Post Office Box 42251
Philadelphia, PA 19101

Internal Revenue Service
**Attn:  Payroll Department**
Beckley Finance Center
110 N. Heber Street
Beckley, WV   25802

Emmanuel J. Argentieri, Esq.
Romano Garubo & Argentieri
Counselors at Law, LLC
Counsel for Ocwen Loan Servicing, LLC
52 Newton Ave
P.O. Box 456
Woodbury, NJ  08096

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL   33409

Frederick L. Reigle, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Rashinda Z. Blount
1045 Rosalie Street
Philadelphia, PA 19149

Nancy Mulvehill, Courtroom Deputy