United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-11601-sr
Rashinda Z. Blount                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 1             Date Rcvd: Mar 13, 2017
                            Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.
db             +Rashinda Z. Blount,    1045 Rosalie St.,    Philadelphia, PA 19149-3625
               +Emmanual Argentini,    52 Newton Avenue,    PO BOX 456,    Woodbury, NJ 08096-7456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                +E-mail/Text: HCO.EEF.WR.ECCO.SPB@irs.gov Mar 14 2017 02:18:19      IRS,
                 Attn:Payroll Department,    Beckley Finance Center,    110 N. Heber Street,
                 Beckley, WV 25801-0008
                +Fax: 407-737-5634 Mar 14 2017 03:59:12      Ocwen Loan Servicing,    1661 Worthington Road,
                 Suite 100,   West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:
              ANN E. SWARTZ     on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Christiana Trust, A Division Of Wilmington et al.
               paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Christiana Trust, A Division Of Wilmington et al.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KASSIA FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    Ocwen Loan Servicing, LLC ldoyle@udren.com,
               vbarber@udren.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SHERRI DICKS    on behalf of Debtor Rashinda Z. Blount shrdlaw@hotmail.com,    shrdlaw@verizon.net
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, National Association
               sbraunstein@udren.com,    vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Rashinda Z. Blount, | : | Chapter 13 |
| Debtor. | : : : : | Bankr. #12-11601/SR |

**ORDER**

**AND NOW**, upon consideration of the Motion of Debtor Rashinda Z. Blount, it is hereby

**ORDERED** that the wage order entered February 27, 2012 at Docket Entry Number Ten (10) is hereby VACATED.

BY THE COURT:

**Dated: March 13, 2017**

STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

cc:   Sherri Dicks, Esquire
      Law Offices of Sherri R. Dicks, P.C.
      Post Office Box 42251
      Philadelphia, PA 19101

      Internal Revenue Service
      **Attn: Payroll Department**
      Beckley Finance Center
      110 N. Heber Street
      Beckley, WV   25802

      Emmanuel J. Argentieri, Esq.
      Romano Garubo & Argentieri
      Counselors at Law, LLC
      Counsel for Ocwen Loan Servicing, LLC
      52 Newton Ave
      P.O. Box 456
      Woodbury, NJ   08096

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL   33409

Frederick L. Reigle, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Rashinda Z. Blount
1045 Rosalie Street
Philadelphia, PA 19149

Nancy Mulvehill, Courtroom Deputy