United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-11601-sr
Rashinda Z. Blount                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Jennifer              Page 1 of 2              Date Rcvd: May 15, 2017
                             Form ID: 138NEW             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
```
db              +Rashinda Z. Blount,    1045 Rosalie St.,    Philadelphia, PA 19149-3625
12678836        +BAC Home Loans Servicing, LP,    7105 Corporate Drive,    Plano, TX 75024-4100
12678837        +BAC Home Loans/Countrywide,    450 American Street, Suite SV416,    Simi Valley, CA 93065-6285
12720351        +BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,    PTX B-209,    PLANO, TX 75024-4100
12678838         Central Financial Control,    P.O. Box 830913,    Birmingham, AL 35283-0913
12678839         City of Philadelphia,    Fire Department - EMS Division,    P.O. Box 56317,
                  Philadelphia, PA 19130-6317
12678842        +Miller Medical & Respiratory,    American Home Care Supply NY,    2170 Union Rd.,
                  West Seneca, NY 14224-1477
12678843        +Mortgage Electronic Registration Systems,    8201 Greensboro Drive,    Suite 350,
                  Mc Lean, VA 22102-3810
12678845         PennDot,    Bureau of Driver Licensing,    P.O. Box 68693,    Harrisburg, PA 17106-8693
12678846         Pennsylvania Dept. of Transportation,    Office of Chief Counsel,
                  1101 S. Front Street - 3rd Floor,    Harrisburg, PA 17104-2516
12678847        +Philadelphia Gas Works,    ATTN: Bankruptcy Department,    800 W. Montgomery Avenue,
                  Philadelphia, PA 19122-2898
12678848         Philadelphia Traffic Court,    800 Spring Garden Street,    P.O. Box 56301,
                  Philadelphia, PA 19130-6301
12719697         Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
12678849        +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
12678850         Syndicated Office Systems,    P.O. Box  660873,    Dallas, TX 75266-0873
12678851         Target National Bank,    C/O Target Credit Services,    P.O. Box 673,
                  Minneapolis, MN 55440-0673
12678852        +Temple University Hospital,    Patient Financial Services,    Account Processing Center,
                  Two Brighton Road,    Clifton, NJ 07012-1663
12678853        +Verizon Pennsylvania,    500 Technology Drive,    Suite 300,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov May 16 2017 01:11:55    City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2017 01:11:31
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 16 2017 01:11:43    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12678833        +E-mail/Text: bkrpt@retrievalmasters.com May 16 2017 01:11:34    AMCA Collection Agency,
                  2269  S. Saw Mill River Road,    Building 3,    Elmsford, NY 10523-3848
12678834         E-mail/Text: EBNProcessing@afni.com May 16 2017 01:11:37    Anderson Fin Network / Bloom,
                  404 Brock Drive,    P.O. Box 3097,    Bloomington, IL 61702-3097
12719340         E-mail/PDF: resurgentbknotifications@resurgent.com May 16 2017 01:07:38
                  Ashley Funding Services LLC its successors and,    assigns as assignee of Syndicated Office,
                  Systems, Inc,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12678835        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 16 2017 01:11:33    Asset Acceptance Corp.,
                  Asset Acceptance LLC,    P.O. Box 2036,    Warren, MI 48090-2036
12788561        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 16 2017 01:11:33    Asset Acceptance LLC,
                  Po Box 2036,    Warren MI 48090-2036
12678840         E-mail/Text: bankruptcy@phila.gov May 16 2017 01:11:55    City of Philadelphia,
                  Water Revenue Bureau,    Attn: Bankruptcy Unit, 2nd Floor,    1401 JFK Boulevard,
                  Philadelphia, PA 19102-1663
12979070        +Fax: 407-737-5634 May 16 2017 01:45:39    Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                  Suite 100,    West Palm Beach, FL 33409-6493
12678844        +E-mail/Text: bankruptcygroup@peco-energy.com May 16 2017 01:11:17    PECO Energy,
                  Attn: Bankruptcy Department,    2301 Market Street,    Philadelphia, PA 19103-1380
12725052         E-mail/Text: bnc-quantum@quantum3group.com May 16 2017 01:11:18
                  Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12678841       ##+Commerical Recovery Systems,    Attn: Regina Bell,    8035 East R.L. Thornton,    Suite 220,
                  Dallas, TX 75228-7145
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Jennifer             Page 2 of 2              Date Rcvd: May 15, 2017
                              Form ID: 138NEW            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Christiana Trust, A Division Of Wilmington et al.
               paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Christiana Trust, A Division Of Wilmington et al.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KASSIA  FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    Ocwen Loan Servicing, LLC ldoyle@udren.com,
               vbarber@udren.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SHERRI  DICKS    on behalf of Debtor Rashinda Z. Blount shrdlaw@hotmail.com, shrdlaw@outlook.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, National Association
               sbraunstein@udren.com, vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Rashinda Z. Blount

    Debtor(s)

Bankruptcy No: 12−11601−sr

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 5/15/17

79 − 78
Form 138_new