Certificate Number: 03461-PAE-DE-029491977

Bankruptcy Case Number: 12-11601


03461-PAE-DE-029491977

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2017, at 6:19 o'clock AM EDT, Rashinda Blount completed a course on personal financial management given by internet by Consumer Credit Counseling Service of Delaware Valley dba Clarifi, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 27, 2017

By: /s/Nicole Evans

Name: Nicole Evans

Title: Credit Counselor