United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rashinda Z. Blount  
       Debtor

Case No. 12-11601-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jul 07, 2017  
                      Form ID: 195       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.
db           +Rashinda Z. Blount,    1045 Rosalie St.,    Philadelphia, PA 19149-3625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2017 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    Christiana Trust, A Division Of Wilmington et al. paeb@fedphe.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com, vbarber@udren.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Christiana Trust, A Division Of Wilmington et al. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KASSIA FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
          LORRAINE GAZZARA DOYLE    on behalf of Creditor    Ocwen Loan Servicing, LLC ldoyle@udren.com, vbarber@udren.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          SHERRI DICKS    on behalf of Debtor Rashinda Z. Blount shrdlaw@hotmail.com, shrdlaw@outlook.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, National Association sbraunstein@udren.com, vbarber@udren.com
          THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Rashinda Z. Blount : Case No. 12–11601–sr
     Debtor(s)

### ORDER
_____

    AND NOW, this day , July 7, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

87
Form 195